UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE H. KNOX,<br><br>        Petitioner,<br><br>    v.<br><br>RALPH DIAZ, Warden,<br><br>        Respondent. | Case No. 22-cv-00668-NC  (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner, a state prisoner at Salinas Valley State Prison, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Petitioner seeks resentencing from a sentence issued by the Superior Court of Orange County.  Venue for a habeas action is proper in either the district of confinement or the district of conviction.  *See* 28 U.S.C. § 2241(d).  However, petitions challenging a conviction or sentence are preferably heard in the district of conviction.  *See* Habeas L.R. 2254-3(b)(1); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  Here, because petitioner challenges a conviction from Orange County, the Central District of California is the district of conviction.

Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California.  *See* 28 U.S.C. § 1406(a).  The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

**IT IS SO ORDERED.**

DATED: April 18, 2022

NATHANAEL M. COUSINS
United States Magistrate Judge